**Dismissed and Opinion Filed September 28, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00097-CV

**SHAWN WILSON, Appellant**
**V.**
**JOHN D'SILVA, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00054-E**

## MEMORANDUM OPINION

Before Justices Myers, Evans, and Brown
Opinion by Justice Myers

The clerk's record in this appeal has not been filed because appellant has failed to pay the clerk's fee. By letter dated July 16, 2018, we directed appellant to file written verification he had paid or made arrangements to pay the fee or was entitled to proceed without payment of costs. Although we cautioned appellant that failure to comply within ten days could result in dismissal of the appeal, he has not responded. *See* TEX. R. APP. P. 37.3(b). Accordingly, we dismiss the appeal. *See id.* 37.3(b), 42.3(b),(c).

180097F.P05

/Lana Myers/
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHAWN WILSON, Appellant

No. 05-18-00097-CV      V.

JOHN D'SILVA, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-18-00054-E.
Opinion delivered by Justice Myers,
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 28th day of September, 2018.